ACCEPTED
01-15-00142-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 10:09:24 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00142-CR

### IN THE COURT OF APPEALS
### FOR THE FIRST DISTRICT
### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/13/2015 10:09:24 AM

CHRISTOPHER A. PRINE
CLERK

**WILLIE FELDER** § **APPELLANT**

§
§

**VS.** §

§

**THE STATE OF TEXAS** § **APPELLEE**

---

### APPEAL IN CAUSE NO. 1172613
### IN THE 185TH JUDICIAL DISTRICT COURT
### OF HARRIS COUNTY, TEXAS

---

### MOTION FOR EXTENSION OF TIME TO FILE
### THE REPORTER'S RECORD

---

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES, WILLIE FELDER,** Appellant in the above entitled and numbered cause, by and through his attorney of record, Stanley G. Schneider, and submits this Motion for Extension of Time to file the Reporter's Record in this cause and would show the Court the following:

1. Appellant was charged by indictment with engaging in organized criminal activity. Appellant was placed on deferred adjudication probation for a period of eight years. Appellant's probation was revoked after a motion to adjudicate hearing. The trial court assessed Appellant's punishment to five years in the institutional division of the Texas Department of Criminal Justice. Notice of Appeal

1

was given in a timely fashion.

2.     Appellant's appeal bond was made when shortly after the notice of appeal was filed.

3.     On April 28, 2015, Ms. Logan, the court reporter informed undersigned counsel that the cost of the record would be approximately $1,750.  Ms. Logan was informed that arrangements would be made immediately for her to be paid in full.

4.     Appellant's health began to decline during the proceeding in the trial court.  Appellant is currently in the ICU unit at Cy Fair Hospital after suffering a heart attack and/or stroke.  Appellant's prognosis has not improved since being admitted to the hospital on May 5, 2015.

5.     Appellant has been working diligently to make arrangements to pay for the record.  Because of the decline in his health, his efforts were hindered.  Appellant requests that the Court allow him and additional 60 days pay Ms. Logan.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the Court extend the time for making arrangements with the Court Reporter and pay her for the record in this cause.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/s/ Stanley G. Schneider
Stanley G. Schneider
Texas Bar No. 17790500
440 Louisiana
Suite 800
Houston, Texas 77002
Office: 713-951-9994
Fax: 713-224-6008
Email: stans3112@aol.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing Motion for Extension of Time to File the Reporter's Record has been mailed and/or hand delivered on the Appellate Section of the Harris County District Attorney's Office, 1201 Franklin, 6th floor, Houston, Texas 77002 on this 13th day of May, 2015.

/s/ Stanley G. Schneider
Stanley G. Schneider